IN THE UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DENNIS WAY | ) | |
| | ) | Case No. 4:07-CV-00013 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | DISMISSAL WITH PREJUDICE |
| | ) | |
| SALLIE MAE CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |

COMES NOW the Plaintiff, Dennis Way, and Dismisses with Prejudice the petition filed herein.

Respectfully submitted,

Robert A. Wright, Jr.
Wright & Wright
400 Locust Street, Suite 358
Des Moines, IA  50309
ATTORNEY FOR PLAINTIFF

Approved as to form and content as counsel for Sallie Mae, Inc.

Michael P. Mallaney, IS 9999814
mpmallaney@hudsonlaw.net
HUDSON, MALLANEY & SHINDLER, P.C.
5015 Grand Ridge Dr., Suite 100
West Des Moines, Iowa 50265-5749
Telephone:  515-223-4567;  FAX:  515-223-8887
ATTORNEY FOR DEFENDANT

Original filed.

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 29th day of December, 2008, the foregoing instrument was served upon all parties to the above cause by depositing a copy thereof in the regular U.S. Mail, postage prepaid, to each of the attorneys or parties of record herein as set forth below:

/s/ Barbara Patawa